FLORENCE DINEGAR, Appellant, *v.* EDWARD C. SWEENEY, Individually and Doing Business under the Name of NEW WORDEN HOTEL, Respondent.

Argued October 6, 1938; decided October 25, 1938.

*J. S. Carter* and *M. J. Conboy* for appellant.

*Rollin B. Sanford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.